**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6001**

_____

DAVID EARL JONES,

              Plaintiff - Appellant,

        v.

PAUL G. BUTLER, JR.; WILLIS J. FOWLER; ANTHONY E. RAND;
DERRICK WADSWORTH,

              Defendants - Appellees,

        and

BEVERLY PERDUE; PATRICK L. MCCRORY,

              Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
Chief District Judge. (5:14-ct-03142-D)

_____

Submitted: May 25, 2016              Decided: June 14, 2016

_____

Before SHEDD, FLOYD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Earl Jones, Appellant Pro Se.  Joseph Finarelli, Special
Deputy Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Earl Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Butler, No. 5:14-ct-03142-D (E.D.N.C. Dec. 15, 2015). We deny as unnecessary Jones' motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED